IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Case No.: 3:17-cv-708

GRADY ALDRIDGE, G.A., by his next friend )
RENEE ALDRIDGE, and M.A., by her next )
friend RENEE ALDRIDGE, )
)
        Plaintiffs, )
)
 v. )
)
CAROWINDS LLC, CEDAR FAIR )
SOUTHWEST INC. and CEDAR FAIR, LP, )
)
        Defendants. )
_____ )

## JOINT MOTION FOR APPROVAL OF MINOR SETTLEMENT

 NOW COMES Plaintiffs Grady Aldridge, G.A. by his next friend Renee Aldridge and M.A. by her next friend Renee Aldridge and Defendants Carowinds LLC, Cedar Fair Southwest, Inc. and Cedar Fair, LP, through their respective counsel, and move this Honorable Court to approve the confidential settlement agreement involving the minor plaintiffs G.A. and M.A. The parties have recently settled this matter and have agreed upon the terms contained in the Confidential Settlement Agreement, submitted under seal. Renee Aldridge, the next friend of the minors G.A. and M.A., concurs with the settlement. The Memorandum further describes why the minor settlement should be approved as being fair, reasonable and in the best interest of the minor plaintiffs. The parties request the Court's approval of the settlement agreement as it pertains in the minor Plaintiffs, M.A. and G.A.

 WHEREFORE, the parties respectfully request that this Court grant this Motion and enter the proposed Order Approving the Minor Settlement.

1

Respectfully submitted this 6th day of August, 2018.

    /s/ *Amie C. Sivon*
William W. Pollock
NC Bar No. 19381
Amie C. Sivon
NC Bar No. 34206
**RAGSDALE LIGGETT PLLC**
Post Office Box 31507
Raleigh, NC 27622-1507
Phone: (919) 787-5200
Fax: (919) 783-8991
Email: bpollock@rl-law.com
Email: asivon@rl-law.com
*Counsel for Defendants*

*/s/ Holly Stiles*
Holly Stiles
NC Bar No. 38930
**Disability Rights NC**
3724 National Drive, Suite 100
Raleigh, NC 27612
Phone: (919) 856-2195
*Counsel for Plaintiffs*

# CERTIFICATE OF SERVICE

I further certify that on this the 6th day of August 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification to the following:

> Holly Stiles, Esq.
> Disability Rights NC
> 3724 National Drive, Suite 100
> Raleigh, NC  27612
> Email: holly.stiles@disabilityrightsnc.org
> *Counsel for Plaintiffs*

>  /s/ *Amie C. Sivon*
> William W. Pollock
> NC Bar No. 19381
> Amie C. Sivon
> NC Bar No. 34206
> **RAGSDALE LIGGETT PLLC**
> Post Office Box 31507
> Raleigh, NC  27622-1507
> Phone:  (919) 787-5200
> Fax:  (919) 783-8991
> Email:  bpollock@rl-law.com
> Email:  asivon@rl-law.com
> *Counsel for Defendants*