IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL CASE NO. 3:17-cv-708-FDW-DSC

| | |
|---|---|
| GRADY ALDRIDGE, G.A, by his next friend RENEE ALDRIDGE, and M.A., by her next friend RENEE ALDRIDGE, <br><br> Plaintiffs, <br><br> v. <br><br> CAROWINDS LLC, CEDAR FAIR SOUTHWEST INC., and CEDAR FAIR L.P., <br><br> Defendants. | STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE |

Pursuant to Fed. R. Civ. P. 41(a), the parties, through undersigned counsel, hereby stipulate to a voluntary dismissal without prejudice of the above-captioned action. Each party will bear their own costs and expenses, including attorneys' fees, except as established in the parties' Settlement Agreement and Release.

This 24th day of August, 2018

/s/ Holly Stiles
Holly Stiles
DISABILITY RIGHTS NORTH CAROLINA
3724 National Drive, Suite 100
Raleigh, NC 27612
Telephone: (919) 856-2195
Facsimile: (919) 856-2244
holly.stiles@disabilityrightsnc.org
North Carolina Bar No. 38930
*Counsel for Plaintiffs*

/s/ Amie C. Sivon
William W. Pollock
NC Bar No. 19381
Amie C. Sivon
NC Bar No. 34206
RAGSDALE LIGGETT PLLC
Post Office Box 31507
Raleigh, NC 27622-1507
Phone: (919) 787-5200
Fax: (919) 783-8991
Email: bpollock@rl-law.com
Email: asivon@rl-law.com
*Counsel for Defendants*

## CERTIFICATE OF SERVICE

This is to certify that the undersigned has electronically filed the foregoing Stipulation of Voluntary Dismissal Without Prejudice with the Clerk of Court using the CM/ECF system, which will send notification of such filing to counsel for Defendants as follows:

>RAGSDALE LIGGETT PLLC
>William W. Pollock
>N.C. Bar No. 19381
>Email: bpollock@rl-law.com
>Amie C. Sivon
>N.C. Bar No. 32406
>Email: asivon@rl-law.com
>PO Box 31507
>Raleigh, NC 27622-1507
>Phone: (919) 787-5200
>Fax: (919) 783-8991

This 24th day of August, 2018.

>/s/ Holly Stiles
>Holly Stiles
>DISABILITY RIGHTS NORTH CAROLINA
>3724 National Drive, Suite 100
>Raleigh, NC  27612
>Telephone: (919) 856-2195
>Facsimile: (919) 856-2244
>holly.stiles@disabilityrightsnc.org
>North Carolina Bar No. 38930